**Order entered December 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01121-CV

**CLARKE BARCUS, C-2-IT RENTAL, INC., 440 EQUIPMENT, LLC, AND CYRUS BARCUS, Appellants**

**V.**

**SARAH SCHARBAUER, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. Dc-17-08105**

## ORDER

Before the Court is court reporter Brooke Wagner's December 12, 2019 request for extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than February 3, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE